```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| PHILADELPHIA FIRE FIGHTERS' UNION LOCAL 22, AFL-CIO, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA | : | NO. 02-4653 |

## ORDER

AND NOW, this 3rd day of October, 2002, upon consideration of plaintiffs' uncontested motion for an extension of time to respond to defendants' motion to dismiss, it is hereby ORDERED that the motion is GRANTED IN PART and plaintiffs shall RESPOND to the motion to dismiss by October 30, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.