```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PHILADELPHIA FIRE FIGHTERS'      :   CIVIL ACTION
UNION LOCAL 22, AFL-CIO, et al.  :
                                 :
      v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :   NO. 02-4653

## ORDER

AND NOW, this 17th day of January, 2003, after a Rule 16 conference this day, it is hereby ORDERED that:

    1. On March 14, 2003, the parties shall FILE a detailed joint stipulation of facts with exhibits attached thereto;

    2. On March 31, 2003, the parties shall FILE cross-motions for summary judgment; and

    3. On April 14, 2003, the parties shall FILE responses thereto.[1]

BY THE COURT:

_____
Stewart Dalzell, J.

---

[1] If, after conducting discovery and reviewing the evidence, the parties conclude that this matter is not amenable to disposition on summary judgment, they shall so advise the Court by letter faxed to the Court on March 14, 2003, and a non-jury trial will be scheduled.