```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

PHILADELPHIA FIRE FIGHTERS'      :   CIVIL ACTION
UNION LOCAL 22, AFL-CIO, et al.  :
                                 :
        v.                       :
                                 :
CITY OF PHILADELPHIA, et al.     :   NO. 02-4653

### ORDER

AND NOW, this 12th day of March, 2003, upon consideration of the Joint Motion to Revise Scheduling Order filed by the parties in the case, in which they submit, <u>inter alia</u>, that plaintiffs voluntarily dismiss Fire Commissioner Harold Hairston as a defendant, and that defendants did not file their answer until February 14, 2003 and that the deposition of Commissioner Hairston did not take place until March 5, 2003, it is hereby ORDERED that:

1. The Joint Motion to Revise Scheduling Order is GRANTED IN PART; and

2. Our January 17, 2003 scheduling Order is AMENDED to reflect that:

   a. By April 7, 2003, the parties shall FILE a detailed joint-stipulation of facts with accompanying exhibits;

   b. By April 21, 2003, the parties shall FILE cross-motions for summary judgment[1]; and

   c. By May 5, 2003, the parties shall FILE responses thereto.

                                   BY THE COURT:


                                   _____
                                   Stewart Dalzell, J.

---

[1] We incorporate footnote 1 of our January 17, 2003 Order, but AMEND the date therein to April 7, 2003.