UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA FIRE FIGHTERS UNION, I.A.F.F. LOCAL 22, AFL-CIO, et. al.,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>        **Defendant.** | CIVIL ACTION NO. 02-CV-4653 |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of the Motion of Defendant City of Philadelphia for Reconsideration, it is hereby ORDERED and DECREED that this Court reconsiders its Order of October 6, 2003, that Defendant's Motion for Summary Judgment is GRANTED, and that judgment is entered in favor of Defendant.

By the Court:

_____
Dalzell, J.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA FIRE FIGHTERS UNION, I.A.F.F. LOCAL 22, AFL-CIO, et. al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA,**<br>          **Defendant.** | CIVIL ACTION NO.  00-CV-3181 |

### MOTION OF DEFENDANT CITY OF PHILADELPHIA
### FOR RECONSIDERATION

Defendant City of Philadelphia, by and through its attorneys, respectfully requests that this Honorable Court grant reconsideration of its Order of October 6, 2003, grant Defendant's Motion for Summary Judgment, and enter judgment in favor of Defendant.  Such relief is justified for the reasons set forth in Defendant's attached Memorandum of Law.

Respectfully submitted,

_____
Shelley Smith
*Chief Deputy City Solicitor*
Jane Lovitch Istvan
*Deputy City Solicitor, Appeals*
Craig Gottlieb
*Deputy City Solicitor, Appeals*
Attorneys for Defendant

City of Philadelphia Law Department
One Parkway Building, 17th Floor
1515 Arch Street
Phila., PA  19102
(215) 683-5015

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving one copy of this Motion for Reconsideration and Memorandum upon the following persons by hand delivery:

Richard G. Poulson, Esq.
and Ralph J. Teti, Esq.
Willig, Williams, and Davidson
24th Floor
1845 Walnut Street
Philadelphia, PA 19103


Date:  October 20, 2003

                                          Craig Gottlieb
                                          Deputy City Solicitor, Appeals
                                          City of Philadelphia Law Dept.
                                          17th Floor, One Parkway Bldg.
                                          Philadelphia, PA  19102-1595
                                          (215) 683 – 5015
                                          *fax*  (215) 683 – 5296

                                          Attorney for Defendant