```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PHILADELPHIA FIRE FIGHTERS'    :    CIVIL ACTION
UNION LOCAL 22, AFL-CIO, et al. :
                               :
        v.                     :
                               :
CITY OF PHILADELPHIA, et al.   :    NO. 02-4653
```

ORDER

AND NOW, this 22nd day of October, 2003, upon consideration of the City of Philadelphia's motions for a stay and reconsideration, it is hereby ORDERED that plaintiffs shall RESPOND to the City's motions by October 29, 2003.

BY THE COURT:

_____
Stewart Dalzell, J.