IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILADELPHIA FIRE FIGHTERS' UNION, I.A.F.F. LOCAL 22, AFL-CIO, et al.,** : <br> : <br> **Plaintiffs** : <br> : <br> Vs. : <br> : <br> **CITY OF PHILADELPHIA, et al.,** : <br> **Defendants** : <br> _____ : | **CIVIL ACTION** <br><br> **NO. 02-CV-4653** |

### PRAECIPE TO WITHDRAW

Defendants, by and through their undersigned counsel, hereby praecipe for an order withdrawing the Motion for Attorneys' Fees and Costs filed with the Court on January 30, 2004 and to have the matter marked as settled, discontinued and ended.

    Respectfully submitted,

    **WILLIG, WILLIAMS & DAVIDSON**


    _____
    RALPH J. TETI, ESQUIRE
    Attorney I.D. Number 21499
    1845 Walnut Street, 24th Floor
    Philadelphia, PA  19103
    (215) 656-3600

    Attorney for Plaintiff

Dated:  March 23, 2004

## CERTIFICATE OF SERVICE

I, RALPH J. TETI, hereby certify that a true and correct copy of the foregoing

Plaintiffs' Praecipe to Withdraw Motion for Attorneys' Fees and Costs was served via first

class mail this date upon the following:

        Shelley R. Smith
        Chief Deputy City Solicitor
        City of Philadelphia Law Department
        1515 Arch Street, 16th Floor
        Philadelphia, PA  19102-1595

Respectfully submitted,

**WILLIG, WILLIAMS & DAVIDSON**

_____
RALPH J. TETI, ESQUIRE
Attorney I.D. Number 21499
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
(215) 656-3600

Attorney for Plaintiff

Dated:  March 23, 2004